UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0978-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITIGROUP GLOBAL MARKETS INC. (CRD#7059), | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to dismiss (Dkt. No. 15) and Plaintiff's amended complaint (Dkt. No. 17) and motion for recusal (Dkt. No. 18). On July 31, 2018, Defendant filed and served its motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 15.) On August 21, 2018, Plaintiff filed an amended complaint (Dkt. No. 17) and a motion for recusal (Dkt. No. 18). Plaintiff was entitled to file an amended complaint as a matter of course. *See* Fed. R. Civ. P. 15(a)(1)(B). Based on Plaintiff's filing of the amended complaint, the Court DENIES Defendant's motion to dismiss (Dkt. No. 15) as moot. This order does not affect Defendant's ability to file a motion to dismiss the amended complaint.

Plaintiff states that the Court should recuse itself from his case because one of

1 | Defendant's attorneys of record, Lauren Rainwater, previously clerked for the Court. (*See* Dkt.
2 | No. 18.) Plaintiff's motion is DENIED.
3 |     The Clerk is DIRECTED to send a copy of this order to Plaintiff.
4 |     DATED this 24th day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
