THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0978-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITIGROUP GLOBAL MARKETS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On November 6, 2018, the Court granted Defendant's motion to dismiss Plaintiff's amended complaint. (Dkt. No. 25.) The Court granted Plaintiff leave to amend his complaint within 10 days. (*Id*.) Plaintiff has failed to file a second amended complaint within the Court-ordered deadline.

Within seven (7) days of the issuance of this order, Plaintiff shall show cause why his case should not be dismissed with prejudice for failure to file an amended complaint. If Plaintiff fails to timely respond to the Court's order, his claims could be dismissed with prejudice.

//

//

//

MINUTE ORDER
C18-0978-JCC
PAGE - 1

1

2   DATED this 6th day of December 2018.

3                                             William M. McCool
                                              Clerk of Court
4
                                              s/Tomas Hernandez
5                                             Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C18-0978-JCC
PAGE - 2