THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0978-JCC |
| Plaintiff, | ORDER |
| v. | |
| CITIGROUP GLOBAL MARKETS, INC., | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On November 6, 2018, the Court granted Defendant's motion to dismiss Plaintiff's amended complaint. (Dkt. No. 25.) The Court granted Plaintiff leave to file a second-amended complaint within 10 days. (*Id.*) Plaintiff failed to file a second-amended complaint within the Court-ordered deadline. On December 6, 2018, the Court ordered Plaintiff to show cause why his case should not be dismissed for failing to file an amended complaint. (Dkt. No. 26). Plaintiff failed to respond. Therefore, the Court DISMISSES Plaintiff's complaint with prejudice.

DATED this 2nd day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0978-JCC
PAGE - 1