UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0978-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITIGROUP GLOBAL MARKETS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 35). The motion is DENIED. (*See* Dkt. Nos. 31, 34.) The Court will not consider any future motions for reconsideration in this case.

DATED this 7th day of March 2019.

          William M. McCool
          Clerk of Court

          s/Tomas Hernandez
          Deputy Clerk